IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN TIRE MART AT PILOT, LLC; SOUTHERN TIRE MART, LLC; PILOT TRAVEL CENTERS, LLC; <br><br> Defendants. | ) ) ) ) ) ) ) Case No.: _____ ) ) ) ) ) ) ) |

## NOTICE OF REMOVAL

COME NOW Defendants Southern Tire Mart at Pilot, LLC, and Pilot Travel Centers, LLC, and, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove this case from Circuit Court of Jefferson County, Alabama, where it is now pending as Case Number 01-CV-2022-901495, to the United States District Court for the Northern District of Alabama, Southern Division, and as grounds therefore say as follows:

**A. Removal is Timely.**

1. Plaintiff commenced this action against three named defendants on May 23, 2022, by e-filing a Civil Cover Sheet, Complaint, and Summonses in the Circuit Court of Jefferson County, Alabama.

2. True and correct copies of the state court record, including all process, orders, and other papers served on Defendants, as of the date of this removal are collectively attached hereto as **Exhibit 1.**

3. Service of process on Southern Tire Mart at Pilot, LLC, and Pilot Travel Centers, LLC, was completed by certified mail on June 2, 2022, and May 31, 2022, respectively. Ex. 1 at pp. 23-28, Service Returns.

4. Southern Tire Mart, LLC, has not been served. The summons issued to it was returned undeliverable. Ex. 1 at pp. 29-30, Service Return.

5. Removal is timely under 28 U.S.C. § 1446(b)(1) because this Notice is filed within thirty days of receipt by any defendant, through service or otherwise, of Plaintiff's Complaint.

B. **Complete Diversity of Citizenship.**

6. Pursuant to 28 U.S.C. § 1332(a)(1), federal subject matter jurisdiction exists here because all parties properly joined are completely diverse from the Plaintiff, and the amount in controversy, exclusive of interest and costs, is greater than $75,000.

7. Plaintiff Jonathan's Heavy Equipment Service, LLC, is a limited liability company organized under the laws of Alabama with its place of business in St. Clair County, Alabama. Ex. 1 at p. 3, Complaint at ¶ 2. Plaintiff's member, Jonathan Butler, is resident and citizen of Alabama. *Id*. A limited liability company,

11697458.1

like Plaintiff, is considered a citizen of every state where any member of the entity is a citizen. *Purchasing Power, LLC v. Bluestem Brands, Inc.*, 851 F.3d 1218, 1220 (11th Cir. 2017). Thus, for diversity purposes, Plaintiff is a citizen of Alabama.

8. Defendant Pilot Travel Centers, LLC, is a limited liability company organized under the law of Delaware. It has three members: (1) Pilot Corporation, which is incorporated in and has its principal place of business in Tennessee; (2) National Indemnity Company, which is incorporated in and has its principal place of business in Nebraska; and (3) FJM Investments LLC, which has one member, FJ Management Inc., which is incorporated in and has it principal place of business in Utah. Thus, for diversity purposes, Pilot Travel Centers, LLC, is considered a citizen of Tennessee, Nebraska, and Utah.

9. Defendant Southern Tire Mart, LLC, which has *not* been served, is a limited liability company organized under the laws of Mississippi. It has two members: (1) the Thomas Milton Duff Amended and Restated Trust, a revocable grantor trust in which Thomas Milton Duff, a citizen of Mississippi, is the trustee; and (2) the James Ernest Duff Amended and Restated Trust, a revocable grantor trust in which James Ernest Duff, a citizen of Mississippi, is the trustee. The citizenship of a traditional trust is determined solely on the citizenship of the trustee and not on the citizenship of the beneficiaries. *GBForefront LP v. Forefront Management Group LLC*, 888 F.3d 29, 32 (3d Cir. 2018); *Navarro Ass'n v. Lee*, 446 U.S. 458,

11697458.1

458 (1980) (holding that "a trustee is a real party to the controversy for purposes of diversity jurisdiction when he possesses certain customary powers to hold, manage, and dispose of assets for the benefit of others"). Thus, for diversity purposes, Southern Tire Mart, LLC, is a citizen of Mississippi.

10. Defendant Southern Tire Mart at Pilot, LLC, is a limited liability company organized under the laws of Delaware. It has two members: (1) Southern Tire Mart, LLC, and (2) Pilot Travel Centers, LLC. Thus, for diversity purposes, Southern Tire Mart at Pilot, LLC, is a citizen of Tennessee, Nebraska, Utah, and Mississippi. *See* ¶¶ 8-9, above.

11. No named defendant is a citizen of the State of Alabama.

C. **Amount in Controversy Exceeds $75,000.**

12. Plaintiff's case arises out of an oil change and brake adjustment performed by Defendant Southern Tire Mart at Pilot, LLC, on one of Plaintiff's trucks on or about November 8, 2021, and later, at a Pilot Travel Center located in Hurricane Mills, Tennessee. *See* Ex. 1 at pp. 4 and 9, Complaint at ¶¶ 4 and 9.

13. As a result of the alleged negligence, Plaintiff claims the following damages: $2,000 of towing expenses; $12,000 for a replacement engine; $38,735 of labor charges related to the engine; $4,000 to re-adjust the brakes; consequential damages of "thousands of dollars per week" for loss of use of the truck for four weeks; and punitive damages. Ex. 1 at pp. 9-10, Complaint at ¶ 10.

14. "The moment a state court plaintiff seeks unspecified damages of various kinds, such as punitive damages, or emotional distress, or attorneys' fees, the claim automatically is deemed to exceed $75,000 and becomes removable under 28 U.S.C. § 1332." *Jones v. Hartford Fire Ins. Co.*, No. 12-AR-2879-S, 2013 U.S. Dist. LEXIS 16675, at *2 (N.D. Ala. Feb. 7, 2013); *see also Smith v. State Farm Fire and Cas. Co.*, 868 F. Supp. 2d 1333, 1335 (N.D. Ala. 2012) ("[P]laintiffs . . . who want to pursue claims against diverse parties in a state court seeking unspecified damages of various kinds, such as punitive damages and emotional distress, must in their complaint formally and expressly disclaim any entitlement to more than $74,999.99, and categorically state that plaintiff will never accept more. Otherwise, a plaintiff will find herself in a federal court . . . ."); *Seckel v. Travelers Home & Marine Ins. Co.,* No. 4:12–CV–4163–KOB, 2013 U.S. Dist. LEXIS 11582, *5 (N.D. Ala. Jan. 29, 2013) ("Although Mr. Seckel only specifically claimed $26,430 in actual damages in his state court complaint, the unspecified damages he seeks for his alleged emotional distress and unjust enrichment claims allow the Defendant to meet the amount in controversy requirement.").

15. By email dated January 7, 2021, attached as **Exhibit 2**, Plaintiff's counsel made a pre-suit settlement demand of $168,901 for its blown engine, including $143,600 for alleged loss of use of the truck for four weeks. When considering a demand letter to establish the amount in controversy, the court should

5

leave some room for posturing but also should view the amount demanded as relevant evidence of the true amount in controversy. *Burns v. Windsor Ins. Co.,* 31 F.3d 1092, 1097 (11th Cir. 1994) ("While [a] settlement offer, by itself, may not be determinative, it counts for something."); *Faulk v. Husqvarna Consumer Outdoor Products*, 849 F. Supp. 2d 1327, 1332 (M.D. Ala. 2012) (plaintiff's demand of $375,000 was evidence the amount in controversy exceeded the threshold).

16. Plaintiff's Complaint seeks punitive damages, which by their very nature can be large amounts. Plaintiffs often request punitive damages in terms of multiples of the underlying compensatory damages. Here, there is no question that the amount in controversy exceeds the $75,000 threshold.

### D. All Other Removal Requirements Satisfied.

17. All defendants who have been joined and served consent to the removal of this action. 28 U.S.C. § 1446(b)(2)(A).

18. Attached as **Exhibit 3** is Defendants' Notice to State Court of Removal that is being filed with the clerk of the Circuit Court of Jefferson County, Alabama.

19. Defendants submit this Notice of Removal without waiver of any of defenses.

Respectfully submitted on this day, June 29, 2022.

/s/ *William L. Waudby*
William L. Waudby (asb-7879-d67w)
WILSON ELSER MOSKOWITZ
  EDELMAN & DICKER, LLP
1500 Urban Center Drive, Ste. 450
Birmingham, AL 35242
Telephone: 205-709-8990
bill.waudby@wilsonelser.com

*Attorney for Defendants*
*Southern Tire Mart at Pilot, LLC,*
*and Pilot Travel Centers, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, the following document was filed in person with the Clerk of the Court, and that a true and correct copy of the foregoing was served on the following via U.S. Mail postage prepaid or electronic mail and addressed as follows:

John D. Gleissner
Attorney at Law
4232 Vestview Circle
Birmingham, AL 35242
Telephone 205-503-2895
Email johngleissner@charter.net
*Attorneys for Plaintiff*

/s/ *William L. Waudby*
Of Counsel