IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC, </br></br> Plaintiff, </br></br> v. </br></br> SOUTHERN TIRE MART AT PILOT LLC; SOUTHERN TIRE MART LLC; and PILOT TRAVEL CENTERS LLC; </br></br> Defendants. | Case No.: 3:23-cv-00187 |

## **AGREED ORDER OF DISMISSAL**

Come now the Parties, by and through their respective counsel, and hereby, jointly tender this Agreed Order of Dismissal, pursuant to which the above-captioned lawsuit and any and all claims and allegations related thereto are and shall be forever dismissed with prejudice.

It is hereby **ORDERED, ADJUDGED AND DECREED** that the above-captioned lawsuit is hereby **DISMISSED WITH PREJUDICE** and each party hereto shall bear its own costs, expenses, attorney's fees and any other costs or fees related to this matter.

This is a final and appealable Order, and there is no just cause for delay.

IS SO ORDERED this _____ day of _____, 2023.

_____
CIRCUIT COURT JUDGE

1

APPROVED FOR ENTRY:

*/s/ Jamie K. Durrett*
Jamie K. Durrett, BPR # 026278
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP
3102 West End Avenue, Suite 400
Nashville, TN 37203
jamie.durrett@wilsonelser.com
*Counsel for Defendants*
*Southern Tire Mart at Pilot LLC and*
*Pilot Travel Centers LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Middle District of Tennessee using the CM/ECF system and served a copy on the following via electronic mail and addressed as follows:

    John D. Gleissner
    Attorney at Law
    4232 Vestview Circle
    Birmingham, AL 35242
    Email johngleissner@charter.net
    *Attorney for Plaintiff*

                                                             */s/ Jamie K. Durrett*
                                                             Of Counsel