IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN'S HEAVY EQUIPMENT SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN TIRE MART AT PILOT LLC; SOUTHERN TIRE MART LLC; and PILOT TRAVEL CENTERS LLC; <br><br> Defendants. | Case No.: 3:23-cv-00187 |

## AGREED ORDER OF DISMISSAL

Come now the Parties, by and through their respective counsel, and hereby, jointly tender this Agreed Order of Dismissal, pursuant to which the above-captioned lawsuit and any and all claims and allegations related thereto are and shall be forever dismissed with prejudice.

It is hereby **ORDERED, ADJUDGED AND DECREED** that the above-captioned lawsuit is hereby **DISMISSED WITH PREJUDICE** and each party hereto shall bear its own costs, expenses, attorney's fees and any other costs or fees related to this matter.

This is a final and appealable Order, and there is no just cause for delay.

IS SO ORDERED.

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE

APPROVED FOR ENTRY:

*/s/ Jamie K. Durrett*
Jamie K. Durrett, BPR # 026278
WILSON, ELSER, MOSKOWITZ, EDELMAN
 & DICKER LLP
3102 West End Avenue, Suite 400
Nashville, TN 37203
jamie.durrett@wilsonelser.com
*Counsel for Defendants*
*Southern Tire Mart at Pilot LLC and*
*Pilot Travel Centers LLC*